# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN BARRET SMELLEY HUSBAND
OF/AND REBECCA SMELLEY

VERSUS

NATIONAL LIABILITY AND FIRE
INSURANCE COMPANY, RUSSELL
B. JACKSON, WESTERN WORLD
INSURANCE COMPANY, AND EAST
BATON ROUGE HEAD START
CENTER

NO.   2026 CW 0052

**APRIL 08, 2026**

---

In Re:    Travelers Indemnity Company of Connecticut, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 646363.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                          MRT
                          KEB
                          BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.